# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY KIVLIN, | CASE NO.: 2:10-CV 03123 KJM (KJN) |
| Plaintiff, | [Honorable Kimberly J. Mueller] |
| vs. | **ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE JOINT STATUS REPORT IN ORDER TO ATTEMPT SETTLEMENT** |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Defendants. | |
| | Complaint Filed: November 19, 2010 |

Having read and considered the parties' Stipulation to Extend Time to File Joint Status Report to Attempt Settlement, and good cause appearing, this Court hereby orders that deadline for the parties to file their Joint Status Report shall be continued from January 21, 2011 to April 20, 2011 and the Status Conference is set for April 27, 2011.

**IT IS SO ORDERED.**

DATED: January 25, 2011          /s/ KIMBERLY J. MUELLER

                                 U.S. District Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

g:\docs\kjm\kim\1 priority\10cv3123.o.0125.doc

ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE JOINT STATUS REPORT