# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY KIVLIN, | CASE NO.: 2:10-CV 03123 KJM (KJN) |
| Plaintiff, | [Honorable Kimberly J. Mueller] |
| vs. | **ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE** |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Defendants. | **[Filed concurrently with Stipulation** |
| | Complaint Filed: November 19, 2010 |

Having read and considered the parties' Stipulation to Continue Status Conference, and good cause appearing, this Court hereby orders that Status Conference is continued to Wednesday, May 11, 2011 at 10 a.m.

**IT IS SO ORDERED.**

Dated: April 11, 2011.

_____
UNITED STATES DISTRICT JUDGE

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

g:\docs\kjm\kim\3 civil orders\10-3123.o.0411.doc