# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY KIVLIN, | CASE NO.: 2:10-CV 03123 KJM (KJN) |
| Plaintiff, | [Honorable Kendall J. Newman Magistrate Judge] |
| vs. | **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON HOLLY KIVLIN'S MOTION TO COMPEL** |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Defendants. | Complaint Filed: November 19, 2010 |

g:\docs\kjn\robbin\signed\10-3123 kivlin stip2continue mtc.doc

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON KIVLIN'S MOTION TO COMPEL

Having read and considered the parties' Stipulation to Continue Hearing Date on Holly Kivlin's Motion to Compel, and good cause appearing, this Court hereby continues the hearing date on the motion from November 17, 2011 to January 12, 2012.  *The parties shall file their Joint Statement Re Discovery Disagreement 14 days in advance of the January 12, 2012 hearing.*

**IT IS SO ORDERED.**

DATED:  November 8, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2
[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE ON KIVLIN'S MOTION TO COMPEL

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800